## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer<br>Court Reporter: Darlene Martinez | Date: April 28, 2010 |

**Civil Action No. 10-cv-00841-CMA-KLM**

| *Parties:* | *Counsel:* |
|---|---|
| ,PROVIDENT PHARMACEUTICALS, LLC, *a Colorado limited liability company,* | Joseph L. Lambert<br>Murray I. Weiner |
| Plaintiff, | |
| v. | |
| RIVER'S EDGE PHARMACEUTICALS, LLC, *a Florida limited liability company,* | Robert Brazier<br>Philip Wayne Bledsoe |
| Defendant. | |
| | |
| RIVER'S EDGE PHARAMACEUTICALS, LLC., *A Florida limited liability company,* | |
| Counter Claimant, | |
| v. | |
| PROVIDENT PHARMACEUTICALS, LLC, *a Colorado limited liability company,* | |
| Counter Defendant. | |

---

## COURTROOM MINUTES
---

**HEARING: Temporary Restraining Order**

**1:35 p.m.** Court in session.

Appearances of counsel.

Also present: for plaintiff, Dr. Crock of Lambert and for defendant, Jaime Dejesus.

Opening statements by the Court.

1:41 p.m.     Oral argument by Mr. Robert Brazier for the defendant.

1:55 p.m     Oral argument by Mr. Murray Weiner for the plaintiff.

2:09 p.m     Rebuttal argument by Mr. Robert Brazier.

Court's Findings of Fact and Conclusions of Law.

**ORDER:**   1.   That the Defendant River's Edge Pharmaceuticals, LLC's Motion for Temporary Restraining Order or Preliminary Injunction [#10] filed April 23, 2010, is **denied** for the reasons stated on the record.

**DEADLINES/HEARINGS:**

**2:25 p.m.   Court in recess/hearing concluded.**

Total in-court time: 00:50 minutes