IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00841-CMA-KLM

PROVIDENT PHARMACEUTICALS, LLC,

    Plaintiff,

v.

RIVER'S EDGE PHARMACEUTICALS, LLC, a Florida limited liability company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Stipulation for Settlement and Joint Request to Stay Action Pending Parties' Compliance with Settlement Agreement** [Docket No. 59; Filed July 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. Although the parties request a stay of the case, a stay is unnecessary given that the parties only seek a two-week extension of time to file their stipulation of dismissal papers.

    IT IS FURTHER **ORDERED** that the parties shall file a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) on or before **August 13, 2010**.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement [Docket No. 50] is **DENIED as moot**.

    Dated: August 6, 2010